# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREA RADIO U.S.A., INC. dba RADIO KOREA, a California Corporation<br><br>vs.<br><br>NY METRO RADIO KOREA, INC. dba NY RADIO KOREA; a New York Corporation | Case No.  CV07-07418 ODW (RCx)<br><br>**JUDGMENT**<br><br>Judicial Officer: Honorable Otis D. Wright, II<br>Room 11<br><br>Magistrate Judge:  Honorable Rosalyn M. Chapman<br>Room 23<br><br>Trial Date:      06/09/2009<br>Verdict Date: 06/16/2009 |

## <u>JUDGMENT</u>

THE COURT, HAVING CONSIDERED:

(1)    The verdict returned by the jury after the trial of the above-captioned matter,

(2)    The evidence adduced at trial by Plaintiff KOREA RADIO U.S.A., INC., dba RADIO KOREA and Defendant NY METRO RADIO KOREA, INC. dba NY RADIO KOREA,

- 1 -

JUDGMENT

(3)    The Court's rejection of Plaintiff's claims for injunctive relief and unfair competition, and

(4)    The Defendant's prevailing on all causes of action asserted by Plaintiff,

**HEREBY ENTERS FINAL JUDGMENT** for Defendant NY METRO RADIO KOREA, INC. dba NY RADIO KOREA and against Plaintiff KOREA RADIO U.S.A., INC., dba RADIO KOREA, in the amount of $____TBD____ in costs; and $_____TBD_____ in attorney's fees, **for a total judgment of**

**$_____TBD_____** in favor of Defendant against Plaintiff, KOREA RADIO U.S.A., INC. dba RADIO KOREA.

Plaintiff KOREA RADIO U.S.A., INC., dba RADIO KOREA shall take nothing by way of the complaint and all its claims against Defendant NY METRO RADIO KOREA, INC. dba NY RADIO KOREA are dismissed with prejudice.

Dated:  June 23, 2009                    _____
                                         Hon. Otis D. Wright, II
                                         United States District Judge

Submitted by:

_____
Chad Biggins
Law Office of Chad Biggins
633 W. Fifth St., 28th Fl.
Los Angeles, CA  90071
T:  213-223-2234
F:  213-223-2235

- 2 -

JUDGMENT